**STATEMENT OF FACTS**

(Attachment to Complaint for Employment Discrimination)

**Adrianna J. Glover v. HireCapital and Semafor**

1) On May 29, 2026, I was contacted by Hannah Herbst, a Technical Recruiter for Defendant HireCapital, via LinkedIn. On June 1, 2026, Ms. Herbst informed me of an opening for a Senior Creative Strategist position with HireCapital's client, Defendant Semafor, and sent me the job description. That same day, I submitted my resume, and a call was scheduled for the following day.
2) On June 2, 2026, I participated in a recorded call with Ms. Herbst. She stated that Semafor was seeking candidates with a "publisher and media strategy background," told me my background made me "interview so well," and described the role as "wide open," noting that one prior candidate had withdrawn and the client "weren't super excited about" two others. Ms. Herbst stated she would submit my profile to Jules Zim, Semafor's Director of Creative Strategy, within two days.
3) On June 3, 2026, one day after this call, a representative of Semafor viewed my LinkedIn profile, which reflects over ten years of media-industry experience, including roles at a broadcast television station (TEGNA/WUSA9), a national digital news publisher (Axios), and two radio companies (Cumulus Media and SiriusXM).
4) On June 8, 2026, at 9:08 AM, having not heard back within the stated two-day window, I emailed Ms. Herbst for an update. At approximately 10:55 AM that same day, Ms. Herbst called me rather than responding in writing and stated that Semafor had decided not to move forward, explaining that the client wanted "someone with more media experience."
5) I believe this stated reason does not reflect my actual qualifications and background, which include over a decade of documented, relevant media-industry experience, and that I was not hired

because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

6) In the alternative, and specifically as to Defendant HireCapital, I allege that Defendant's conduct also violates the District of Columbia Human Rights Act, D.C. Code § 2-1401.01 et seq., which prohibits employment discrimination on the basis of race and, unlike Title VII, applies regardless of the number of persons HireCapital employs.