**RELIEF REQUESTED**

(Attachment to Complaint for Employment Discrimination)

**Adrianna J. Glover v. HireCapital and Semafor**

I, Plaintiff, seek the following relief:

1. Back pay in an amount based on an annual salary of $120,000, the figure Ms. Herbst confirmed on the June 2, 2026 call that she would submit me at, from June 8, 2026 (the date of the discriminatory rejection) through the date of judgment, or until I obtain comparable employment, whichever occurs first.
2. Compensatory damages for emotional distress, loss of professional confidence, and the adverse effect this discrimination has had on my ongoing job search, in an amount to be determined by the Court or jury.
3. Punitive damages, in an amount to be determined by the Court or jury, based on Defendants' intentional discriminatory conduct.
4. Reimbursement of costs incurred in bringing this action, including the filing fee.